UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-23125-CIV-ALTONAGA/GOODMAN

YOVANY L. FERNANDEZ,

    Plaintiff,

v.

UNITED GROUP HOME, LLC, and
JOSEDEBENITO, individually,

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR RECONSIDERATION
## OF COURT ORDERED SANCTION

Plaintiff, **YOVANY L. FERNANDEZ**, ("Plaintiff"), through the undersigned counsel, hereby files this Motion for Reconsideration of the Court's October 2, 2017 Sanctions Order and states as follows:

1. The Parties were Ordered to attend a Settlement Conference before the Honorable Judge Goodman on October 2, 2017 at 9:30 am. (D.E. 19).

2. Counsel for Plaintiff, counsel for Defendant, and the individual Defendant appeared for the Settlement Conference. (D.E. 21). After providing an additional fifteen minutes for Plaintiff to arrive, the Settlement Conference was continued. (D.E. 21). The Parties have reset the Settlement Conference to occur on November 13, 2017 at 9:30 am.

3. On October 2, 2017, counsel for Plaintiff spoke with Plaintiff to discuss that the Settlement conference was continued and a sanction of $1,144.00 was assessed against him for his non-appearance.

4. Plaintiff has provided his counsel with a statement outlining that his failure to appear on time for the Settlement Conference was not willful, was due to extenuating circumstances beyond his control, and is financially unable to pay the Court ordered sanction. *See* Exhibit A.[1]

   a. As stated by Plaintiff, it was not his intention to miss the Settlement Conference. *See* Exhibit A ¶ 5.

   b. Plaintiff, on his drive from Texas (where he resides), experienced car trouble where his vehicle's brake pads failed and the brake fluid drained. *See* Exhibit A ¶ 9.

   c. Plaintiff is financially unable to pay the sanction assessed against him. *See* Exhibit A ¶12.

5. Based on the explanation, and financial difficulties, raised by the Plaintiff, it is respectfully requested that this Honorable Court waive the sanctions. If waiver of the sanctions is denied, Plaintiff respectfully requests that payment of the sanctions be deferred until the conclusion of the matter.

6. Pursuant to the Local Rules, on October 10, 2017, undersigned counsel conferred telephonically with counsel for Defendants regarding this Motion. Defendants oppose this Motion.

**WHEREFORE,** based on the foregoing, it is respectfully requested that this Honorable Court waive the sanctions. If waiver of the sanctions is denied, Plaintiff respectfully requests that payment of the sanctions be deferred until the conclusion of the matter.

---

[1] The statement by Plaintiff is styled as a declaration/affidavit, but is not sworn-to at this time. Plaintiff will be providing undersigned counsel with a sworn declaration outlining the same issues which will be immediately filed with this Honorable Court.

Dated: October 10, 2017

                                                    Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: (305)416-5000
Facsimile: (305)416-5005

By:**/s/ Brody M. Shulman**
    Jason S. Remer, Esq.
    Fla. Bar No.: 0165580
    Brody M. Shulman, Esq.
    Fla. Bar No.: 092044

## CERTIFICATE OF SERVICE

  I hereby certify that on October 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:**/s/ Brody M. Shulman**
Jason S. Remer, Esq.
Fla. Bar No.: 0165580
Brody M. Shulman, Esq.
Fla. Bar No.: 092044

**SERVICE LIST:**

Joshua M. Entin, Esq.
josh@entinlaw.com
Candace D. Cronan, Esq.
Candace@entinlaw.com

**ENTIN & DELLA FERA, P.A.**
633 S. Andrews Avenue
Suite 500
Ft. Lauderdale, FL 33301
*Counsel for Defendants*